UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTONIO ROMERO, | No. C 10-2693 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAUL LOPEZ, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 9, 2012

SUSAN ILLSTON
United States District Judge