1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9   ROBERT ANTONIO ROMERO,                    No. C 10-2693 SI (pr)

10              Petitioner,                    **JUDGMENT**

11        v.

12   RAUL LOPEZ, Warden,

13              Respondent.

14   _____/

15

16
     The petition for writ of habeas corpus is denied on the merits.
17

18
     IT IS SO ORDERED AND ADJUDGED.
19

20
     Dated: July 9, 2012                    _____
21                                          SUSAN ILLSTON
22                                          United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California